

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-12-00502-CV

KELLY R. GINN, GREEN-SPAN PROFILES, L.P., GREEN-SPAN MANAGEMENT, L.L.C., GREEN-SPAN ENTERPRISES, INC., AND BKG INVESTMENTS, L.L.C., Appellants/Cross-Appellees

V.

NCI BUILDING SYSTEMS, INC., Appellee/Cross-Appellant

Appeal from the 11th District Court of Harris County. (Tr. Ct. No. 2009-35831).

This case is an appeal from the final judgment signed by the trial court February 20, 2012. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellants/cross-appellees, Kelly R. Ginn, Green-Span Profiles, L.P., Green-Span Management, L.L.C., Green-Span Enterprises, Inc., and BKG Investments, L.L.C., jointly and severally, pay one half of the appellate costs. The Court **orders** that the appellee/cross-appellant, NCI Building Systems, Inc., pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 13, 2015.

Panel consists of Justices Jennings and Higley.*   Opinion delivered by Justice Jennings.

---

* The Honorable Jim Sharp, former Justice of this Court, was a member of the Panel and present for argument when this case was actually submitted. Because his term expired on December 31, 2014, he did not participate in the decision of the case. *See* TEX. R. APP. P. 41.1(b) ("After argument, if for any reason a member of the panel cannot participate in deciding a case, the case may be decided by the two remaining justices.").